No. D–653.   IN RE DISBARMENT OF VAUGHN.   It is ordered that Paul A. Vaughn, of Danville, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–654.   IN RE DISBARMENT OF MILLER.   It is ordered that Donald Joseph Miller, of San Mateo, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

SEPTEMBER 8, 1987

No. 86–2007.   SPENCER GIFTS, INC. *v.* CHIPOLLINI.   C. A. 3d Cir.   Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 9, 1987

No. 86–1878.   TENNESSEE VALLEY AUTHORITY ET AL. *v.* ALCO STANDARD CORP.   C. A. Fed. Cir.   Certiorari dismissed under this Court's Rule 53.